April 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MICHAEL JARRON SIMIEN, Appellant

NO. 14-13-00152-CR            V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

We further order this decision certified below for observance.